*Richard C. Mitchell* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Judgments affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

PETER SCHWABE, Respondent, *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Defendant, and TULLY & DI NAPOLI, INC., Appellant.

Submitted February 23, 1954; decided April 8, 1954.

*George J. Conway* and *George A. Garvey* for appellant.

*Irving A. Thau, Samuel S. Levine* and *Jacob D. Fuchsberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

SAM SIKORA, Appellant, *v.* APEX BEVERAGE CORP. et al., Respondents, et al., Defendants.

Argued March 1, 1954; decided April 8, 1954.